# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00243-CR

**In re Joe Manuel Bassa**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 46,704, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

Joe Manuel Bassa appeals from an order denying post-conviction DNA testing. *See* Tex. Code Crim. Proc. Ann. arts. 64.01-.05 (West Supp. 2002). Appellant=s court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel=s brief was delivered to appellant, and appellant was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel=s brief and agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal. Counsel=s motion to withdraw is granted.

The district court=s order is affirmed.

David Puryear, Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Affirmed

Filed:   October 10, 2002

Do Not Publish